# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Brandon C Rondon

                               Plaintiff,

v.                                                     Case No.: 1:24–cv–01494
                                                          Honorable Sharon Johnson Coleman

Allstate Insurance Company

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 2, 2025:

       MINUTE entry before the Honorable Young B. Kim: Written discovery is now closed, except for supplementing earlier discovery responses as required under Rule 26(e) and serving requests to admit and subpoenas for records. If the parties wish to serve supplemental written discovery requests, they must seek leave of court by filing a motion and attaching the proposed set of supplemental requests as an exhibit to the motion. Parties must show good cause why these supplemental written discovery requests could not have been served by the earlier deadline and explain why they seek relevant and proportional discovery. The fact discovery deadline is extended from November 14, 2025, to January 30, 2026. This amended deadline will not be extended unless the parties can demonstrate that they have been diligent in their efforts to complete fact discovery. Parties are urged not to squander their opportunity to conduct discovery. Parties are to file a joint status report by December 12, 2025, advising the court of the following: (1) depositions completed; (2) depositions each side still requires and scheduled; (3) depositions each side still requires but not scheduled; and (4) whether each side plans on retaining experts. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.